447 Pa. 599 (1972)
Baldwin Estate.
Supreme Court of Pennsylvania.
Argued March 14, 1972.
April 20, 1972.
Before JONES, C.J., EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.
James E. McLaughlin, with him William R. Caroselli, Andrew J. Conner, T.P. Dunn, McArdle, McLaughlin, *600 Paletta & McVay, and Dunn, Wolford & Conner, for appellant.
Will J. Schaaf, with him John A. Spaeder, and Marsh, Spaeder, Baur, Spaeder & Schaaf, for appellee.
OPINION PER CURIAM, April 20, 1972:
Decree affirmed. Appellant to pay costs.